

# Fourth Court of Appeals
## San Antonio, Texas

September 2, 2021

No. 04-21-00326-CV

Amber N. **ROTH**,
Appellant

v.

Jeremy **ROTH**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI03085
Honorable Norma Gonzales, Judge Presiding

## O R D E R

Court reporter Rachelle Thompson has filed a notification of late record, stating that the reporter's record has not been filed because she has not received payment from appellant. We note that on August 6, 2021, appellant filed a notice of appeal stating that she was appealing from an order dated July 7, 2021, and that this appeal was accelerated. Based on appellant's statement in her notice of appeal, it appeared that the deadline for the filing the reporter's record had passed. Thus, court reporter Rachelle Thompson filed a notification of late reporter's record.

However, in reviewing the clerk's record that was filed in this appeal on August 23, 2021, we note that appellant is appealing from a final decree of divorce. Thus, appellant's appeal is not accelerated. Because appellant filed a timely motion for new trial, the deadline for filing the reporter's record is November 4, 2021. *See* TEX. R. APP. P. 35.1. Therefore, Rachelle Thompson's notification of late reporter's record is moot at this time.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of September, 2021.

FILE COPY



MICHAEL A. CRUZ, Clerk of Court